**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**CHRISTOPHER W. ODEN,**

    Plaintiff,

v.                                                                                                             Civil Action No. **3:18CV183**

**ERIC WILSON**, *et al.*,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on April 13, 2018, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. On April 23, 2020, and again on May 7, 2020, the United States Postal Service returned an April 10, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER," and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 11 May 2020
Richmond, Virginia